UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEL DALE HILTON, ) | |
|               Petitioner, ) | |
| ) | |
|    vs. ) | Case No. 1:15-cv-01023-TWP-DKL |
| ) | |
| UNITED STATES OF AMERICA. ) | |

**Entry Dismissing Section 2255 Action Without Prejudice
and Directing Entry of Final Judgment**

This action has been opened as a motion to vacate under 28 U.S.C. § 2255, however, Mr. Hilton's direct appeal, CA No. 15-2201, is still pending in the underlying criminal action, No. 1:14-cr-00167-TWP-TAB-1. No extraordinary circumstances have been presented, and therefore, the § 2255 motion is premature and must be dismissed without prejudice. *See United States v. Barger,* 178 F.3d 844, 848 (7th Cir. 1999) (a district court should not consider a § 2255 motion while a direct appeal is pending because the disposition of the appeal could render the § 2255 motion moot); *United States v. Robinson,* 8 F.3d 398, 405 (7th Cir. 1993) ("The well-established general rule is that, absent extraordinary circumstances, the district court should not consider § 2255 motions while a direct appeal is pending."); *United States v. Davis,* 604 F.2d 474, 484 (7th Cir. 1979) (absent extraordinary circumstances, a § 2255 motion is improper while a direct appeal is pending). Judgment consistent with this Entry shall now issue.

A copy of this Entry shall also be docketed in the criminal action, No. 1:14-cr-00167-TWP-TAB-1.

**IT IS SO ORDERED.**

Date: 7/7/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**

Distribution:

Joel Hilton
#12394-028
Tucson USP
Inmate Mail/Parcels
P. O. Box 24550
Tucson, AZ 85734